IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LINDA PETRULIO** <br> **Chester Springs, PA** <br> <br> Plaintiff, <br> v. <br> **TELEFLEX INCORPORATED** <br> <br> and <br> <br> **TELEFLEX MEDICAL** <br> **INCORPORATED** <br> Defendants. | **CIVIL ACTION NO.** <br> **NO. 12-7187** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties in the above action that the claims of the plaintiff, LYNN PETRULIO, are hereby dismissed with prejudice in their entirety as against the defendants, TELEFLEX INCORPORATED, and TELEFLEX MEDICAL INCORPORATED, without costs or attorney's fees to any party.


Dated: March 24, 2015

Respectfully submitted,

| | |
|---|---|
| _/s/ Caren N. Gurmankin_ | _/s/ Anthony B. Haller_ |
| CONSOLE LAW OFFICE LLC | BLANK ROME LLP |
| Stephen G. Console, Esquire | Anthony B. Haller, Esquire |
| Susan Saint-Antoine, Esquire | Leigh Ann Buziak, Esquire |
| Caren N. Gurmankin, Esquire | Shira Roemer Greenbaum, Esquire |
| Console Law Offices LLC | One Logan Square |
| 1525 Locust St., 9th Floor | 130 North 18th Street |
| Philadelphia, PA 19102 | Philadelphia, PA 19103 |
| (215) 545-7676 | |
| Attorneys for Plaintiff | Attorneys for Defendants |


IT IS SO ORDERED:

Dated:_____         _____
                                                Judge Jan E. DuBois